526 A.2d 357

**QUALITY MARKETS, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued May 13, 1987.

Decided June 1, 1987.

Jack F. Hurley, Jr., Sherill Moyer, Harrisburg, for appellant.

Vincent J. Dopko, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM.

Order affirmed.